AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 13-mj-01180-CBS-1 |
| | ) | |
| THOMAS D. SOLORIO | ) | Charging District: Western Dist. of South Dakota |
| Defendant | ) | Charging District's Case No. CR 13-50104 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: South Dakota District Cout - Western District 515 Ninth Street, Room 236 Rapid City, SD 57701 | Courtroom No.: 2  JUDGE DUFFY |
|---|---|
| | Date and Time: 1/13/2014 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  12/30/2013

_Judge's signature_

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

Defendant to report to Probation Office
9:00 AM   JANUARY 13, 2014
515 Ninth Street   Rapid City SD